UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JONEEN M. WALKER, | : BANKRUPTCY NO. 22-11829-elf |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| | : L.B.R. 9014-3 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| Movant | : HEARING: **FEBRUARY 21, 2023 AT 9:30 A.M.** |
| vs. | : **Telephonic hearing** |
| JONEEN M. WALKER and KENNETH E. WEST, Trustee | : |
| Respondents | : |

## O R D E R

AND NOW, to wit, this __28th__ day of __February__, 2023, upon consideration of the Motion of Pennsylvania Housing Finance Agency for Relief From the Automatic Stay to Permit Pennsylvania Housing Finance Agency to Foreclose on 6212 Callowhill Street, Philadelphia, PA 19151, and no Answer or response having been timely filed, the Motion is hereby **GRANTED** and the automatic stay is **MODIFIED** as to the Movant relative to property situate at 6212 Callowhill Street, Philadelphia, PA 19151 to permit the Movant to exercise its in rem rights with respect to the property

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**